# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**KENNETH RAY GOLDSMITH**                                       **PLAINTIFF**

v.                                          Case No. 1:17-cv-127-JCG

**JACQUELINE BANKS et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, granting Defendants' Motion for Summary Judgment, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 26th day of September, 2018.

                                               *s/ John C. Gargiulo*
                                               JOHN C. GARGIULO
                                               UNITED STATES MAGISTRATE JUDGE